

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00133-CV

IN RE HIGHMOUNT                                              RELATORS
EXPLORATION & PRODUCTION
LLC, AND DENNIS G. MILLET

------------

ORIGINAL PROCEEDING
TRIAL COURT NO. 2013-0419M-CV

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

PER CURIAM

PANEL: GARDNER, MEIER, and GABRIEL, JJ.

DELIVERED: May 12, 2015

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).